NELLA MANKO, Appellant, v LENOX HILL HOSPITAL, Respondent.

Submitted September 3, 2013; decided November 26, 2013

Motion, insofar as it seeks leave to appeal from the March 2013 Appellate Division order, denied; motion, insofar as it seeks leave to appeal from the November 2012 and July 2013 Appellate Division orders, dismissed upon the ground that those orders sought to be appealed from do not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.